**Nicholas J. Henderson, OSB #074027**
nhenderson@portlaw.com
Motschenbacher & Blattner LLP
117 SW Taylor St., Suite 300
Portland, OR 97204
Telephone: (503) 417-0508
Facsimile: (503) 417-0528

Of Attorneys for Heirloom, Inc.

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| In re: | Case No. 20-30272-tmb11 |
|---|---|
| HEIRLOOM, INC., | MOTION TO EXTEND DEADLINE TO FILE MISSING DOCUMENTS |
| Debtor. | |

Heirloom, Inc. (the "Debtor"), hereby moves this Court for the entry of an Order extending the deadline by which missing documents must be filed pursuant to 11 U.S.C. §1116(1). In support of the motion, Debtor asserts the following:

1. Debtor and counsel have been diligently working on preparing and finalizing the small business documents.

2. Debtor requests a short extension of the deadline to allow Debtor to obtain the remaining small business documents needed for submission with the Court.

/ / / / /

/ / / / /

/ / / / /

/ / / / /

Page 1 of 2   MOTION TO EXTEND DEADLINE
{00334892:1}

**MOTSCHENBACHER & BLATTNER LLP**
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
Phone: 503-417-0500
Fax: 503-417-0501
www.portlaw.com

Case 20-30272-tmb11    Doc 19    Filed 02/04/20

WHEREFORE, the Debtor prays for the Court to enter an Order in the form attached hereto as Exhibit A, extending the deadline by which the Debtor's missing documents must be originally filed from February 3, 2020 to February 7, 2020.

DATED: February 4, 2020

MOTSCHENBACHER & BLATTNER LLP

/s/ Nicholas J. Henderson
Nicholas J. Henderson, OSB #074027
Telephone: 503-417-0517
E-mail: nhenderson@portlaw.com
Of Attorneys for Debtor

Page 2 of 2
{00334892:1}

MOTION TO EXTEND DEADLINE

**MOTSCHENBACHER & BLATTNER LLP**
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
Phone: 503-417-0500
Fax: 503-417-0501
www.portlaw.com

Case 20-30272-tmb11    Doc 19    Filed 02/04/20